# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145968 & (40)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v                                                    SC: 145968
                                                     COA: 307260
                                                     Wayne CC: 99-000122-FC

DONALD MERRITT,
　　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the August 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

s0422